# Exhibit A



## Membership Agreement

This Membership Agreement ("Agreement"), is entered into by and between Prehired, LLC ("Prehired" or "we") and the below listed individual ("Member" or "you"), dated effective as of the date of the last party to execute. This Agreement sets forth the membership privileges, requirements, and expectations regarding your membership in our members-only association for networking, skills building and career advancement of sales professionals.

### Member Information

| Matthew, Provins | matt.provins42@gmail.com | (916)671-6391 | 12/04/2000 |
|---|---|---|---|
| **Member Name** (First, Last) | **Email** | **Phone** | **Date of Birth** (mm/dd/yyyy) |
| 9355 Misty Springs Court | Elk Grove/CA/95624 | 6 | |
| **Current Address** | **City/State/Zip** | **# Years at Address** | **SSN** |
| | | | |
| **Previous Address** (if *less than* 5 years at current address) | | | |

### Membership Requirements

| Completion of Program #1: | Prehired Science-Based Sales® (the "Program"). The Program consists of 2 core components: **Coursework Assignments (CAs")** and the **Career Search Process ("CSP")** |
|---|---|
| Minimum Time Commitment Requirements: | • 60 hours over 6 - 8 weeks on **Coursework** and **Coursework Assignments ("CAs")**; <br> • 60-120 hours over 6-12 weeks on the **Career Search Process** |
| Membership Completion Policy: | The Program is self-paced, *however* Members are required to complete the Coursework at regular and steady intervals. Failure to complete the Coursework and submit Coursework Assignments prior to your Approved Completion Date may result in dismissal without refund, and/or revocation of Membership Privileges. <br><br> ISA Members who complete the CSP will receive a $10,000 bonus to their Minimum Income Threshold (e.g. $40,000 instead of $30,000). This is designed to reward and encourage Members to pursue the highest paying jobs possible. |
| Income Share Agreement (ISA) Membership Dues: | $0 upfront + 12.5% of your gross income for 48 months. <br> **SEE ISA DISCLOSURE STATEMENT (PAGE 8) FOR FULL DETAILS.** |
| Cancelation Policy: | You have the right to cancel this Agreement, without any penalty or obligation, and obtain a cancelation of your Agreement as long as it's within seven days of your Member Start Date **and** you've not completed more than 30% of the Program. |
| Cancelation Details: | See Cancelation Policies on Page 4 |

**Member Start Date:** 10/14/2020      **Approved Completion Date:** 12/09/2020

M.P.

1 | Page

## Membership Privileges

Your Membership shall commence as of your Member Start Date, and you shall enjoy *lifetime* Membership Privileges so long that your Membership Account remains in good standing, and you: (i) Submit all **Coursework Assignments ("CAs")** on time (i.e., prior to your Approved Completion Date), (ii) complete your **Career Search Process ("CSP")** within 12 months, and (iii) maintain our **Code of Conduct**. Membership Privileges include:

- Program #1: Prehired Science-Based Sales® (accessible after completing this Agreement and the ISA)
- Program #2: Prehired Science-Based Sales® Promotions (accessible after a minimum of 1 year from completing Program #1)
- Program #3: Prehired Science-Based Sales® Management (accessible after a minimum of 2 years from completing Program #1)
- Exclusive access to our Members only Slack community and support channel.
- Member-only job postings.
- Member-only networking and social events. These events may occur online or offline and dedicated to building strong relationships between Members and helping one another become better sales professionals.
- Access to our Exclusive Sales Leadership Forums. This is access to periodic discussions with leading Sales Managers to gain insight on strategy, process and plays in the technology and sales sectors.
- Lifetime scheduled coaching and mentoring sessions.
- Lifetime access to the Prehired community of like-minded sales professionals.

## Coursework Assignments

A condition of Membership is that you successfully complete the Coursework Assignments *prior to* your Approved Completion Date (as listed above).

This Program is challenging by design, and the course modules will cover the various skills, topics and traits necessary to be a successful technology Sales Development Representatives ("SDR" or "SDRs"). Members who do not take their commitment to the Program will not succeed. YOU ARE NOT GUARANTEED SUCCESS JUST BY PASSIVELY WATCHING THE PROGRAM. TO BE SUCCESSFUL, IT IS REQUIRED (AND EXPECTED) THAT YOU PAY CLOSE ATTENTION TO ALL COURSEWORK, IMPLEMENT ADVICE FEOM YOUR MENTORS, COMPLETE ALL COURSEWORK ASSIGNMENTS AND THE CAREER SEARCH PROCESS SO YOU MAY IDENTIFY, OUTREACH AND CONVERT ON YOUR TARGETED OPPORTUNITIES.

Members must complete all Coursework (submitting all Coursework Assignments) prior to their Approved Completion Date. Failure to do so may result in dismissal without refund. Coursework Assignments allow Prehired Mentors to assess your progress through the course material, identify areas for further concentration, and to assign personalized help and coaching. Program completion and Certification requires successfully passing all CAs and the CSP.

Members who maintain the Code of Conduct shall maintain lifetime membership in Prehired. Any withdrawal from the Program after the Cancelation Period or violations of our Code of Conduct may result in revocation of your Membership Privileges.

## The Career Search Process

After becoming certified, Members will use the Science-Based Sales® CSP to identify prospective employment opportunities of interest, and then outreach to, and apply for, job opportunities from such companies. Although you will use the techniques covered in Science-Based Sales® as part of your daily job duties as an SDR, your first implementation of the Program will be using it to secure your own job!

This is what makes Prehired unlike any other company out there. We are not a 'placement agency'. Rather, we teach you the skills to not only succeed in the field as an SDR, *but also* to use these same skills to identify, outreach and acquire your own job.

**In fact, some Members have used Prehired to get job offers in fields not related to tech sales.** This is what makes Membership so valuable! As the saying goes: *Give a man a fish and you feed him for a day; teach a man to fish and you feed him for a lifetime.*

It is primarily the Member's own responsibility to strictly adhere to the Program guidelines in seeking employment. While you will receive one-on-one mentoring and assistance from your Mentor to help keep you on track, be advised that failure to properly complete your Coursework, or to follow and implement the Program, will prejudice your ability to secure a qualified offer for employment and may disqualify you from a refund.

## Code of Conduct - To ensure your success, Members must follow our Code of Conduct or otherwise be subject to withdrawal from Prehired and/or loss of membership privileges.

1. *Attitude* -- Attitude is defined as a settled way of thinking or feeling about someone or something, typically one that is reflected in a person's behavior. Prehired Members and Staff have diverse backgrounds. Members are expected to contribute to creating a positive experience for everyone by being respectful, tolerant, open-minded, and coachable. Prehired strives for a welcoming place to learn with encouragement, support, and active listening. Members are likewise expected to respect Prehired's Confidentiality & Limited License for Use on page 6.

2. *Aptitude* -- To be invited to join Prehired, you've demonstrated you have a natural or learned ability to follow instructions without being told the same thing multiple times. You have basic computer skills and fundamental communication abilities in the English language. We expect you to maintain this level of excellence you demonstrated during your admissions process throughout your Prehired Membership.

3. *Ambition* -- You're excited to work in sales, join the tech industry, challenge yourself and help others. You understand the bigger the problems you help others solve, the more money you can make. You're motivated not to work more hours, but to be paid more per hour so you have more time to do the things that matter most to you.

4. *Accountability* – Accountability means following through with your commitments, promises, and showing respect for other peoples' time. <u>**Accountability includes an expectation that you achieve your weekly CAs and CSP goals, promptly respond to any and all communication from potential employers or your Prehired Mentors -- and to be on-time to all scheduled meetings, job interviews, and other scheduled obligations. Until this Agreement terminates, any communication received from Prehired must be responded to within two (2) business days.**</u> As an SDR, you are expected to manage multiple relationships, which includes returning communications promptly. This is one of the primary skills needed to be a successful SDR.

5. *Coachability* - Being coachable means you're leaving room for the possibility that there's something you haven't learned yet that could make you even better. Coachable Members are willing to relinquish control to improve their performance and accept feedback without becoming ruffled, angry, or dejected. You are expected to implement things you learn in the Coursework and implement instructions from your Prehired Mentors. <u>**Being Coachable is crucial not only for your success at Prehired, but also in your career.**</u>

6. *Commitment to Excellence* – Prehired expects Members to complete all Coursework Assignments on time.

7. *Ask for Help* – Prehired encourages Members to proactively reach out to their instructors, coaches, or other Members for help. The Prehired alumni community is a strong network of like-minded professionals who are willing to go out of their way to assist one another. This is one of the key benefits of membership. Take advantage of this support network!

8. *No Harassment* - Prehired is a place to learn. We aim to create an environment of mutual trust and the absence of intimidation, oppression, and exploitation. Members and staff must be able to work and learn in a safe, yet stimulating atmosphere. As such, Prehired will not tolerate any form of harassment, verbal or physical conduct, designed to threaten or intimidate others, which includes but is not limited to the following: verbal harassment, comments that are offensive or unwelcome regarding a person's nationality, origin, race, color, religion, gender, sexual orientation, age, body, disability or

appearance, epithets, slurs and negative stereotyping. Nonverbal harassment includes distribution, display or discussion of any written or graphic material that ridicules, denigrates, insults, belittles or shows hostility, aversion or disrespect toward an individual or group because of national origin, race, color, religion, age, gender, sexual orientation, pregnancy, appearance, disability, sexual identity, marital or other protected status.

9. **You Get What You Give** - What does this mean? You will get out of your Prehired Membership what you put into your Prehired Membership. Our Mentors, Advisors, and Connectors are here to help you succeed, as well as the hundreds of other Prehired Members. If you don't respect your time, or their time, you will not get the most out of your Membership Privileges. Failure to duly and timely respond to communication requests, whether sent to you via text, email, or phone-call, may show a disregard for your Mentor's time, or your inability to manage your own time well (both are qualities expected of successful SDRs). Continued use of all your Membership Privileges requires respect and professionalism to be shown to your fellow Members and Prehired support staff.

## Cancelation, Refund, and Guarantee Policy

- **Cancelation Period (YES REFUND)**
  You have the right to cancel this Agreement, without any penalty or obligation, and obtain a full refund of your Membership Dues or cancelation of your ISA if you cancel within **seven days after your Member Start Date** (the "Cancelation Period") **and** you've completed **no more than thirty percent (30%) of the Online Program Content**.

- **Withdrawal After Cancelation Period (NO REFUND)**
  YOU ARE GIVEN A 7 DAY / 30% COMPLETION "RISK FREE" TRIAL PERIOD WHERE YOU CAN TRY OUT PREHIRED, AND MAY CANCEL YOUR MEMBERSHIP AT NO CHARGE IF YOU CHOOSE THIS IS NOT FOR YOU. AFTER THIS PERIOD, YOU WILL BE OBLIGATED TO EITHER PAY THE CASH-OPTION OR THE ISA REPAYMENT PERIOD, EVEN IF YOU CHOOSE NOT TO SEEK EMPLOYMENT AS AN SDR OR EVEN IF YOU CHOOSE NOT TO COMPLETE THE PROGRAM.

  If you fail to comply with your ISA requirements, Prehired may collect the $30,000.00 Cash-Option over 48 equal monthly installments of $625 each ($625 x 48 = $30,000), following your withdrawal / abandonment / dismissal.

  For example, the following circumstances may all result in revocation of your membership privileges: (A) You repeatedly violate the **Code of Conduct**, or (B) You **Withdraw** from the Program by not adhering to the Coursework Assignments or Career Search Process, or (C) You **Abandon** the Program by behaving in such a way that makes it clear you no longer intend to adhere to the Program or seek bonafide job opportunities.

  **MEMBER ACKNOWLEDGES THE ABOVE CANCELATION AND REFUND POLICIES:** *M.P.*

- **Our Member Success Guarantee:**
  After the Cancelation Period, a refund or cancelation of your ISA Agreement (as applicable) may be available in very limited circumstances. In order to qualify for our **Member Success Guarantee**, the following criteria must be strictly satisfied:

  1. Complete all Coursework Assignments *and* submit them *prior to* your Approved Completion Date.
  2. Receive Coursework Completion Approval within 14 days of your Approved Completion Date.
  3. Complete Your Career Search Process within 12 months.
  4. Follow the Science-Based Sales® CSP for at least 10 hours per week and apply to at least 25 MALs each week. MALs (Mentor Accepted Leads) are companies or contacts that are defined in the Program and related to ideal companies you want to work for.
  5. Your Membership entitles you to free access to leading sales software tools to aid in your job search efforts. We expect that you utilize these tools to identify, engage with, and track your target companies. If you fail to use the provided

*M.P.*

software, and/or if you fail to keep your Mentor appraised as to your weekly progress, your Mentor will not be able to assist you, and you will void the guarantee.
6. As an SDR, accountability and prompt response is critical to business success. Accordingly, we expect you to reply to contact from your Mentor within **two business days** of receipt. You will be contacted by many companies who want to interview you for a job and you are also expected to reply to all potential hiring companies within **two business days**.
7. If you follow the CSP, you will receive job interviews for an SDR position, with total starting income of at least **$60,000 On-Target Earnings (OTE), which includes a $40,000 minimum base salary for the first year (a "bona fide offer")**. If you do not attend these interviews or if you accept a job offer that is not a bona fide offer, you will void the Guarantee.
8. Notify your Mentor and/or Connector of all job offers within 24 business hours of receipt. (This is crucial because software companies routinely measure timeliness of response.)
9. Our Member Success Guarantee is a guarantee of a bona fide offer, not your "dream" offer. If you decline to accept a bona fide offer, you will void the Guarantee.
10. If you live in a rural area, you may be limiting your available options, and we do not guarantee a bona fide job offer outside of our list Metropolitan Areas for Tech Company Hires ("MATCH") here (https://www.prehired.io/match). You must be willing to commute to a MATCH to be eligible for the Guarantee. While many companies do offer remote positions, it is typically expected that SDRs begin employment on site.
11. If, after following the above steps, you do not receive your quota of interview requests from your targeted companies, your Mentor will personally audit your process and workflows to ensure proper implementation of our System, and will suggest any corrections as appropriate. You must implement the advice from your Mentor or you will void the Guarantee for not being coachable.
12. If, after diligently following the CSP, you still have not received a bona fide offer, notify your Mentor in writing (with cc' to support@prehired.io) within 30 days of your last month to be released from your ISA Agreement.
13. If a Member has followed, in earnest, the Program and the above criteria, and is still unable to secure a bona fide offer of employment, the ISA Agreement will be canceled. The ISA Agreement cancelation will void all Membership Privileges and such Members will cease to be a member of Prehired.

*Important Disclaimer.* This is <u>not</u> a "no questions asked" guarantee. Instead, we believe in mutual accountability. We will provide you with the skills and techniques necessary to succeed, but ultimately, you are accountable for doing the work. We expect our Members to work diligently in studying, and applying our System to improve their own employment circumstances. Members are expected to be vested in the Program, to be responsive when receiving feedback from their Mentor, and to engage regularly with their Mentor and/or Advisors. Members that do not put forth a good-faith effort, or fail to implement the techniques as demonstrated in the Program, will not be eligible for a refund.

**MEMBER ACKNOWLEDGES THE ABOVE MEMBER SUCCESS GUARANTEE POLICY:** *M.P.*

## Confidentiality & Limited License for Use

As a Member, you have a limited-use license to view our courses via our platform. Courses are licensed, *not* sold, to you. This license does not give you any right to resell or share the course in any manner (including by sharing account information with anyone other than yourself or illegally downloading the course and sharing on the internet, in-person, or through any other medium).

Specifically, Prehired grants you a limited, non-exclusive, non-transferable license to access and view the courses and associated, solely for your personal, non-commercial, educational purposes through the Program, in accordance with our terms and conditions. All other uses are expressly prohibited. You may not reproduce, redistribute, transmit, assign, sell, broadcast, rent, share, lend, modify, adapt, edit, create derivative works of, sublicense, or otherwise transfer or use any course unless we give

you explicit permission to do so. Members may <u>not</u> make any unauthorized copy or use of the Program, or use Prehired's trademarks, names, copyrights, or designations in any promotion or publication without our express permission.

Member shall not, in any fashion, form, or manner, either directly or indirectly (i) divulge, disclose, or communicate to any person, firm, or corporation in any manner whatsoever any information of any kind, nature, or description concerning any matters affecting or relating to the Program, Prehired's business, membership, its manner of operation, or its plans, strategies, processes, or other information of any kind, nature, or description, or the Content, ("Confidential Information"), (ii) duplicate or replicate any Confidential Information for personal retention, (iii) use Confidential Information other than solely permitted herein, or (iv) assist a third party to circumvent, or directly circumvent, Prehired's business strategies

During, and for a period of 12 months following the Termination of this Agreement, Member will not by itself or through an affiliate, partner, consultant, agent, co-venturer or otherwise compete directly or indirectly with Prehired by providing services of the same kind as the Program. Member understands and acknowledges that all intellectual property rights in the Program, including but not limited to the material provided through the curriculum to Member, belong to Prehired. Member agrees not to: (i) copy, reproduce, distribute, or create derivative works based on the Program; (ii) reverse engineer or decompile any technology pertaining to the Program; (iii) resell or make any commercial use of the Program; or (iv) use the Program in any manner not expressly allowed herein. Upon termination of your Membership, you agree to return or destroy all copies of the Program in your possession. Member acknowledges that, as between Prehired and Member, all Confidential Information and all related copyrights and other intellectual property rights, are (and at all times will be) the property of Prehired.

## Arbitration, Jurisdiction, and Waiver of Class Action and Jury Trial

**ARBITRATION. This Agreement and any claim, controversy or dispute arising under or related to this Agreement, the relationship of the parties to this Agreement, and/or the interpretation and enforcement of the rights and duties of the parties to this Agreement shall be resolved by binding arbitration administered by the American Arbitration Association in accordance with its Consumer Arbitration Rules.**

**JURISDICTION. This Agreement is governed by the laws of New York and, only to the extent required by applicable law, the laws of the jurisdiction where you reside, and not the conflicts of law principles of any jurisdiction.**

**NO CLASS ACTION. YOU AND PREHIRED MAY EACH BRING CLAIMS AGAINST THE OTHER ONLY IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. CLAIMS OF TWO OR MORE PERSONS MAY NOT BE JOINED OR CONSOLIDATED IN THE SAME CASE OR ARBITRATION UNLESS THEY ARISE FROM THE SAME TRANSACTION.**

**NO JURY TRIAL. EACH PARTY IRREVOCABLY WAIVES ANY AND ALL RIGHTS IT MAY HAVE TO DEMAND THAT ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATED TO THIS AGREEMENT BE TRIED BY JURY.**

## ISA Membership

Please see the ISA Disclosure Statement (attached to this Agreement) for important terms and conditions regarding your ISA. You will execute a separate document called an Income Share Agreement (the "ISA Agreement" or "ISA") in form provided by the ISA Administrator. This Agreement, together with the ISA Agreement, sets forth the entire agreement and understanding of the Parties relating to the subject matter herein and supersedes all prior or contemporaneous discussions, understandings and agreements, whether oral or written, between you and us relating to the subject matter hereof.

To the extent any terms of the ISA Agreement directly conflict with any terms of this Agreement, the terms of this Agreement shall govern and control; *provided, however,* if this Agreement is silent on a matter that is expressly included in the ISA Agreement, then the ISA Agreement shall control.

*M.P.*

# INCOME SHARE AGREEMENT (ISA) - DISCLOSURE STATEMENT

## RIGHT TO CANCEL

You have a right to cancel, without penalty, as long as you have **not** completed more than 30% of the Course **and** it is within seven days of your Member Start Date (the "Cancelation Period"). If you cancel *before* the Cancelation Period expires, your ISA will be terminated, and you will **not** have any further obligations.

| Cash-Option Membership | Income Share Percentage ("ISP") | Number of Monthly Payments | Minimum Threshold ("Floor") | Payment Cap ("Ceiling") |
|---|---|---|---|---|
| $30,000 | 12.5% *Includes a 1.0% Autopay discount* | 48 | $40,000 *For Members who complete the Career Search Process* | $30,000 |
| The Amount you may elect to pay upfront instead of an ISA | The percent of your gross Earned Income you will share | The number of monthly payments when earning above the Floor. | Payments are suspended when earning *less than* the Floor. | Your ISA terminates early if total payments reach the Ceiling. |

## ABOUT YOUR ISA

An ISA is **not** a loan, and does **not** create any debt. There is **no** interest rate associated with an ISA. Instead, the amount you pay back will be indexed to your future earnings, during the Agreement term. With an ISA, the amount you pay back may be *less than but never more than* the Payment Cap. The ISA Agreement sets forth the full ISA terms and conditions.

- **Earned Income:** means your total wages, compensation and gross-income from self-employment reported (or required to be reported) on an income tax return. Your ISA payments will be calculated based on your total pre-tax Earned Income, even for employment outside of software sales.

- **Income Share Percentage (ISP):** The ISP is the amount of your Earned Income that you will pay, over the course of the Agreement, but always subject to the Floor and Ceiling. *Your ISP is stated above, and includes a 1.00% discount for voluntary enrollment in automatic (ACH) payments. If automatic payment is not established, or if it is selected but then discontinued during repayment, your ISP will be 1.00% higher (i.e. 13.5%).*

- **48 Required Payments:** You are required to make 48 monthly payments, commencing after the Grace Period, so long that you are earning more than the Floor. Your ISA terminates after you complete 48 monthly payments.

- **Grace Period:** Your ISA payments commence after your Grace Period, which is the *earliest* to occur of: (A) Receipt of a bona fide job offer or (B) Membership withdrawal *after* the Cancelation Period.

- **Income Floor:** For Members who complete the 12 month Career Search Process (CSP) and receive a bona fide offer, you will only make monthly payments when your pre-tax earnings are *greater than* $3,333/month (i.e. $40,000/year). When you're earning *less than* the Floor, your payments are automatically suspended. Members who do not complete the 12 month CSP will have an Income Floor of $2,500/month (i.e. $30,000/year). 　　*M.P.*

- **$30,000 Payment Ceiling:** For high earners, your payments are capped (i.e., will never exceed) the Ceiling.

- **8 Year Payment Window:** Since payments are automatically waived whenever you are earning less than the Floor, we have 96 months (i.e., 8 years) to collect the 48 Required Payments. At the end of the Payment Window, your ISA Agreement will terminate, even if you made *less than* all Required Payments.

*M.P.*

7 | Page

Document Ref: DEPRS-CJGSK-9I2JX-UXICC　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 7 of 10

# LIMITED TIME OFFER: *LET PREHIRED PAY YOUR ISA*

## ABOUT THIS SPECIAL OFFER

**FOR A LIMITED TIME, enroll in our ISA program, and have Prehired pay down your Payment Cap by $3,000!**

| Cash-Option Membership | Income Share Percentage ("ISP") | Number of Monthly Payments | Minimum Threshold ("Floor") | Payment Cap ("Ceiling") |
|---|---|---|---|---|
| **$30,000** | **12.5%** *Includes a 1.0% Autopay discount* | **48** | **$40,000** *For Members who complete the Career Search Process* | **$27,000** |
| NO CHANGE | NO CHANGE | NO CHANGE | NO CHANGE | BENEFIT CHANGE: Prehired pays down your Ceiling by $3,000 |

## How Does It Work?

- With a regular ISA, your payments will begin after you complete (or withdraw) from the Program *but only if you're earning more than the Income Floor*. While in repayment, your monthly ISA payments are automatically suspended whenever you are earning *less than* the Income Floor, and for high earners, the most you'll ever pay is limited by the Payment Ceiling.

- **Prehired is willing to buy down your Ceiling by $3,000, meaning the most you'll ever repay on your ISA is $27,000.**

- To take advantage of this offer, you must agree to start making monthly ISA pre-payments of only **$250 a month** beginning on 10/14/2020, until your regular ISA payments begin. All pre-payments made during this special offer period will be applied to pay down your Payment Ceiling, and will not count towards your Number of Required Monthly Payments.

- For the typical member who gets a job within four months, this means that for only about $1,000 in pre-payments, **you've saved $4,000 off your ISA**. The $3,000 in savings plus your pre-payments of $1,000 only leaves $26,000 remaining for your ISA Ceiling.

- **Terms and Conditions Apply**: To be eligible for the *Let Prehired Pay Your ISA* program, you must make your monthly prepayments consecutively without interruption until your regular ISA payments begin. If you stop making your monthly prepayments, you will forfeit your eligibility for Prehired's paydown contribution (but your own prepayments will still apply to pay down your Payment Ceiling), and you will be subject to the same Terms of your **Membership Agreement** and **Income Share Agreement**.

Initial here to <u>ACCEPT</u> enrollment in *Let Prehired Pay Your ISA*: [ ]

- OR -

Initial here to <u>DECLINE</u> enrollment in *Let Prehired Pay Your ISA*: [ *M.P.* ]

*M.P.*

8 | Page

Document Ref: DEPRS-CJGSK-9I2JX-UXICC    Page 8 of 10

# LEVEL PAYMENT PLAN - OPTION

*Save yourself time and eliminate monthly paperwork by choosing the Level Payment Plan.*

*No surprises.* Steady predictable payments based on your On-Target Earnings (OTE).
*No hassles.* No need to upload paystubs each month.
*No penalties.* No penalties if you ultimately underpaid based on your estimated OTE.
*Cancel anytime.* You can opt out of this option at any time if you'd like to manually upload income verification each month.

## How Does It Work?
If you choose to enroll in the Level Payment Plan option, your Monthly Payments will be based on your annual OTE, so that you pay the same amount each month, avoiding any surprise fluctuations. Then, once a year, around April 30th, you will provide us with your most current tax documentation so that we can perform an annual reconciliation on the amount you paid over the course of the previous year.

*What if you underpaid based on your estimated OTE?*

- By entering into the Level Payment Plan, there will be NO late charges or penalty fees if you ultimately underpaid based on your estimated OTE.
- If you underpaid, we will notify you of the outstanding amount due and we will split that amount in up to six equal payments and include that additional amount with your subsequent Monthly Payments. If there are less than six required Monthly Payments remaining in your ISA Term, the outstanding amount will be applied evenly over the remaining months of your Agreement. If your Agreement has terminated and we determine that you underpaid, we will bill you for the past due amount.
- If you underpaid an amount under $250, we will apply that amount to your next Monthly Payment.

*What if you overpaid based on your estimated OTE?*

- If you overpaid, we will notify you of the overpayment and reduce your next Monthly Payment(s) by the amount of the overpayment. If we discover an overpayment after your Agreement has been satisfied, we will refund the excess amount to you after a final accounting is performed.

Initial here to <u>ACCEPT</u> enrollment in the *Level Payment Plan*:     𝓂.𝒫.

- OR -

Initial here to <u>DECLINE</u> enrollment in the *Level Payment Plan*:

# Member Acknowledgement and Consent

By my signature, I confirm I have read and agree to the conditions of this Membership Agreement.

I understand if I have an unpaid balance to preHIRED and do not make satisfactory payment arrangements, my account may be placed with an external collection agency. I will be responsible for reimbursement of any fees from the collection agency, including all costs and expenses incurred collecting my account, and possibly including reasonable attorney's fees if so incurred during collection efforts.

In order for preHIRED or their designated external collection agency to service my account, and where not prohibited by applicable law, I agree that preHIRED and the designated external collection agency are authorized to (i) contact me by telephone at the telephone number(s) I am providing, including wireless telephone numbers, which could result in charges to me, (ii) contact me by sending text messages (message and data rates may apply) or emails, using any email address I provide and (iii) methods of contact may include using pre-recorded/artificial voice message and/or use of an automatic dialing device, as applicable.

Each party agrees that the electronic signatures of the parties included in this Agreement are intended to authenticate this writing and to have the same force and effect as manual signatures. "Electronic Signature" means any electronic sound, symbol, or process attached to or logically associated with a record and executed and adopted by a party with the intent to sign such record, pursuant to the New York Electronic Signatures and Records Act (N.Y. State Tech. §§ 301-309) as amended from time to time. Member also acknowledges and consents that any and all calls may be recorded for training purposes.

**Member Signature:**

*Matthew Provins*

By: _____

Name: Matthew Provins

Date: 10/14/2020

**Prehired, LLC:**

*Daniel Ryan*

By: _____

Name: Daniel Ryan

Title: Admissions Advisor

Date: 10/14/2020

# Signature Certificate

Document Ref.: DEPRS-CJGSK-9I2JX-UXICC

Document signed by:



**Matthew Provins**

E-mail:
matt.provins42@gmail.com

Signed via link

IP 24.7.165.12    Date 14 Oct 2020 22:56:06 UTC



*M.P.*



**Daniel Ryan**

Verified E-mail:
daniel@prehired.io

IP 64.118.28.204    Date 14 Oct 2020 22:59:36 UTC



*Daniel Ryan*

Document completed by all parties on:
14 Oct 2020 22:59:36 UTC

Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

