# Exhibit C

# NON-DISCLOSURE AGREEMENT

This Non-disclosure Agreement (this **"Agreement"**) is made effective as of __05/20/2021__ (the **"Effective Date"**), by and between Prehired, LLC (the **"Company"**), a Florida Limited Liability Company, and __MTT Training LLC__ (the **"Recipient"**), a __Arizona Limited Liability Company__.

Information will be disclosed to the Recipient to assist the Recipient's business activities with their respective clients. The Company has requested and the Recipient agrees that the Recipient will protect the confidential material and information which may be disclosed between the Company and the Recipient. Therefore, the parties agree as follows:

**I. CONFIDENTIAL INFORMATION.** The term "Confidential Information" means any information or material which is proprietary to the Company, whether or not owned or developed by the Company, which is not generally known other than by the Company, and which the Recipient may obtain through any direct or indirect contact with the Company. Regardless of whether specifically identified as confidential or proprietary, Confidential Information shall include any information provided by the Company concerning the business, technology and information of the Company and any third party with which the Company deals, including, without limitation, business records and plans, trade secrets, technical data, product ideas, contracts, financial information, pricing structure, discounts, computer programs and listings, source code and/or object code, copyrights and intellectual property, inventions, sales leads, strategic alliances, partners, and customer and client lists. The nature of the information and the manner of disclosure are such that a reasonable person would understand it to be confidential.

Notwithstanding the foregoing, the term **"Confidential Information"** does not include:
- matters of public knowledge that do not result from disclosure by the Company;
- information rightfully received by the Recipient from a third party without a duty of confidentiality;
- information demonstrated to have been independently developed by the Recipient;
- information disclosed by operation of law;
- information disclosed by the Recipient with the prior written consent of the Company;
- and any other information that both parties agree in writing is not confidential.

**II. PROTECTION OF CONFIDENTIAL INFORMATION.** The Recipient understands and acknowledges that the Confidential Information has been developed or obtained by the Company by the investment of significant time, effort and expense, and that the Confidential Information is a valuable, special and unique asset of the Company which provides the Company with a significant competitive advantage, and needs to be protected from improper disclosure. In consideration for the receipt by the Recipient of the Confidential Information, the Recipient agrees as follows:

**A. No Disclosure.** The Recipient will hold the Confidential Information in confidence and will not disclose the Confidential Information to any person or entity without the prior written consent of the Company.

**B. No Copying/Modifying.** The Recipient will not copy or modify any Confidential Information without the prior written consent of the Company, and in such event, for the limited purpose approved by the Company.

**C. Unauthorized Use.** The Recipient shall promptly advise the Company if the Recipient becomes aware of any possible unauthorized disclosure or use of the Confidential Information.

**D. Application to Workers.** The Recipient shall not disclose any Confidential Information to any employees or contractors of the Recipient, except those workers who are required to have the Confidential Information in order to perform their job duties in connection with the limited purposes of this Agreement. For all purposes of this Agreement, the term "Recipient" shall also be deemed to include any employees or contractors of the Recipient, and the Recipient shall be liable for any breach of this Agreement by such employee or contractor, unless such permitted employee or contractor to whom Confidential Information is disclosed signs a non-disclosure agreement substantially the same as this Agreement for the benefit of the Company.

**III. UNAUTHORIZED DISCLOSURE OF INFORMATION - INJUNCTION.** If it appears that the Recipient has disclosed (or has threatened to disclose) Confidential Information in violation of this Agreement, the Company shall be entitled to an injunction to restrain the Recipient from disclosing the Confidential Information in whole or in part. The Company shall not be prohibited by this provision from pursuing other remedies, including a claim for losses and damages.

**IV. NON-CIRCUMVENTION.** During, and for a period of two (2) years following the term of this Agreement, the Recipient will not by itself or through an affiliate, partner, consultant, agent, coventurer or otherwise (a) compete directly or indirectly with Company by providing services of the same kind as the Provider's primary business to any third party, organization, or corporation, or (b) attempt to do business with, or otherwise solicit any business contacts found or otherwise referred by Company to Recipient for the purpose of circumventing, or to prevent the Company from realizing or recognizing a profit, fees, or otherwise, without the specific written approval of the Company. If such circumvention shall occur the Company shall be entitled to any commissions due pursuant to this Agreement or relating to such transaction.

**V. RETURN OF CONFIDENTIAL INFORMATION.** Upon the written request of the Company, the Recipient shall return or destroy all written materials containing the Confidential Information. The Recipient shall also deliver to the Company written statements signed by the Recipient certifying that all materials have been returned or destroyed within five (5) days of receipt of the request.

**VI. RELATIONSHIP OF PARTIES.** Neither party has an obligation under this Agreement to purchase any service or item from the other party, or commercially offer any products using or incorporating the Confidential Information. This Agreement does not create any agency, partnership, or joint venture.

**VII. NO WARRANTY.** The Recipient acknowledges and agrees that the Confidential Information is provided on an "AS IS" basis. THE Company MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE CONFIDENTIAL INFORMATION AND HEREBY EXPRESSLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL THE Company BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH OR ARISING OUT OF THE PERFORMANCE OR USE OF ANY PORTION OF THE CONFIDENTIAL INFORMATION. The Company does not represent or warrant that any product or business plans disclosed to the Recipient will be marketed or carried out as disclosed, or at all. Any actions taken by the Recipient in response to the disclosure of the Confidential Information shall be solely at the risk of the Recipient.

**VIII. LIMITED LICENSE TO USE.** The Recipient shall not acquire any intellectual property rights under this Agreement except the limited right to use as set forth above. The Recipient acknowledges that, as between the Company and the Recipient, the Confidential Information and all related copyrights and other intellectual property rights, are (and at all times will be) the property of the Company, even if suggestions, comments, and/or ideas made by the Recipient are incorporated into the Confidential Information or related materials during the period of this Agreement.

**IX. INDEMNITY.** Recipient agrees to defend, indemnify, and hold harmless the Company and its officers, directors, agents, affiliates, distributors, representatives, and employees from any and all third party claims,

demands, liabilities, costs and expenses, including reasonable attorney's fees, costs and expenses resulting from the indemnifying party's material breach of any duty, representation, or warranty under this Agreement.

**X. ATTORNEY'S FEES.** In any legal action between the parties concerning this Agreement, the prevailing party shall be entitled to recover reasonable attorney's fees and costs.

**XI. TERM.** The obligations of this Agreement shall survive five years from the Effective Date or until the Company sends the Recipient written notice releasing the Recipient from this Agreement. After that, the Recipient must continue to protect the Confidential Information that was received during the term of this Agreement from unauthorized use or disclosure indefinitely.

**XII. ARBITRATION AND JURISDICTION.** This Agreement and any claim, controversy or dispute arising under or related to this Agreement, the relationship of the parties to this Agreement, and/or the interpretation and enforcement of the rights and duties of the parties to this Agreement shall be resolved by binding arbitration administered by the American Arbitration Association in accordance with its Consumer Arbitration Rules. This Agreement is governed by the laws of New York and, only to the extent required by applicable law, the laws of the jurisdiction where you reside, and not the conflicts of law principles of any jurisdiction.

**IN WITNESS WHEREOF,** the parties have executed this Non-Disclosure Agreement as of the date first written above through their duly authorized persons.

**Company**

*Joshua Jordan*

By: _____

Name: Joshua Jordan

Title: CEO

Date: 05/20/2021

**Recipient**

*Matthew Provins*

By: _____

Name: Matthew Provins

Title: CEO

Date: 05/19/2021

AND

*Tyler Cole*

Tyler Cole

CRO

05/20/2021

# Signature Certificate

Document Ref.: AFFVX-W85FQ-DS64H-ZWGNY

Document signed by:



**Joshua Jordan**

Verified E-mail:
josh@prehired.io

107.200.81.249     20 May 2021 14:36:53 UTC






**Matthew Provins**

Verified E-mail:
matt.provins42@gmail.com

24.7.165.12     20 May 2021 14:55:45 UTC






**Tyler Cole**

Verified E-mail:
tylercole90@gmail.com

12.217.180.250     21 May 2021 14:58:27 UTC



Document completed by all parties on:
**21 May 2021 14:58:27 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

