Nicholas J. Jollymore (State Bar No. 291321)
JOLLYMORE LAW OFFICE, P.C.
425 First Street, No. 3004
San Francisco, CA 94105
Telephone:       (415) 829-8238
Email:              nicholas@jollymorelaw.com

Attorney for Defendant
MATTHEW PROVINS

John J. Keenan SBN 242487
Warren Law Group
455 S. Figueroa St.
Los Angeles, CA 90071
866-954-7687 | 866-335-6823
johnkeenan@warren.law

Attorney for Plaintiff
PREHIRED, LLC

# IN THE UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREHIRED, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW PROVINS, <br><br> Defendant | Case No.: 2:22-00384-TLN-AC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSIVE PLEADING** <br><br> *Pursuant* To Fed.R.Civ.P.6(B)(1) And Local Rules 114(a)(b) and Local Rule 131(e) |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff PreHired, LLC ("Plaintiff") and Defendant Matthew Provins ("Defendant"), through their respective attorneys of record, as follows:

STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING                1        Case No. 2:22-CV-00384-TRN-AC

WHEREAS, Plaintiff filed its Complaint on March 1, 2022;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on March 5, 2022;

WHEREAS, Defendant desires additional time to prepare and file responsive pleading;

WHEREAS, Plaintiff is willing to provide additional time for Defendant to prepare and file his responsive pleading.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPLULATE THAT:

1. The Defendant's last day to file its pleading in response to the Complaint on file in this matter is extended from March 28, 2022 to April 11, 2022.

IT IS SO STIPULATED AND AGREED.

DATED: March 26, 2022

Respectfully submitted,

**JOLLYMORE LAW OFFICE, P.C**.

By:  /s/ Nicholas J. Jollymore
NICHOLAS J. JOLLYMORE
Attorney for Defendant
MATTHEW PROVIN

**WARREN LAW GROUP**

By:  /s/ John J. Keenan (as authorized on 3/25/2022)
JOHN J. KEENAN
Attorney for Plaintiff
PREHIRED, LLC

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.** Defendant should answer or otherwise respond to Plaintiff's complaint on or before Monday, April 11, 2022.

Dated: March 28, 2022

_____
Troy L. Nunley
United States District Judge